UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
In re:                                              :
                                                    :    Chapter 13
   William Kleinbrahm,                          :
                                                    :    Case No. 13-41231 (CEC)
                     Debtor.        :
-------------------------------------------------------- X
In re:                                              :
                                                    :    Chapter 13
   Jay Poe,                                     :
                                                    :    Case No. 13-41232 (CEC)
                     Debtor.        :
-------------------------------------------------------- X
In re:                                              :
                                                    :    Chapter 13
   Truman Reddick,                              :
                                                    :    Case No. 13-41233 (CEC)
                     Debtor.        :
-------------------------------------------------------- X
In re:                                              :
                                                    :    Chapter 13
   Soo Jung,                                    :
                                                    :    Case No. 13-41235 (CEC)
                     Debtor.        :
-------------------------------------------------------- X
In re:                                              :
                                                    :    Chapter 13
   Eric Cooper,                                 :
                                                    :    Case No. 13-41236 (CEC)
                     Debtor.        :
-------------------------------------------------------- X
In re:                                              :
                                                    :    Chapter 13
   Gabriel Rios,                                :
                                                    :    Case No. 13-41238 (CEC)
                     Debtor.        :
-------------------------------------------------------- X

| | | |
|---|---|---|
| ------------------------------------------------------- X | | |
| In re: | : | |
| | : | Chapter 13 |
|    Patricia Goff | : | |
| | : | Case No. 13-41247 (CEC) |
|                  Debtor. | : | |
| ------------------------------------------------------- X | | |
| In re: | : | Chapter 13 |
| | : | |
|    Vernon Dollahite, | : | Case No. 13-41349 (CEC) |
| | : | |
|                  Debtor. | : | |
| ------------------------------------------------------- X | | |
| In re: | : | |
| | : | Chapter 13 |
|    Napoleon Thomas II, | : | |
| | : | Case No. 13-41366 (CEC) |
|                  Debtor. | : | |
| ------------------------------------------------------- X | | |
| In re: | : | |
| | : | Chapter 13 |
|    Gary Gray, | : | |
| | : | Case No. 13-41399 (CEC) |
|                  Debtor. | : | |
| ------------------------------------------------------- X | | |
| In re: | : | |
| | : | Chapter 13 |
|    Charles Hubbard, | : | |
| | : | Case No. 13-41416 (CEC) |
|                  Debtor. | : | |
| ------------------------------------------------------- X | | |
| In re: | : | |
| | : | Chapter 13 |
|    Teresa Davis, | : | |
| | : | Case No. 13-41426 (CEC) |
|                  Debtor. | : | |
| ------------------------------------------------------- X | | |
| In re: | : | |
| | : | Chapter 13 |
|    Luke Scott, | : | |
| | : | Case No. 13-41427 (CEC) |
|                  Debtor. | : | |
| ------------------------------------------------------- X | | |

------------------------------------------------------- X
In re:                                                  :
                                                        :  Chapter 13
    Constance Tan,                  :
                                                        :  Case No. 13-41477 (CEC)
        Debtor. :
------------------------------------------------------- X
                                                        :
In re:                                                  :  Chapter 13
                                                        :
    Tina Restivo,                   :  Case No. 13-41481 (CEC)
                                                        :
        Debtor. :
------------------------------------------------------- X
In re:                                                  :
                                                        :  Chapter 13
    Eugene Morris,                  :
                                                        :  Case No. 13-41526 (CEC)
        Debtor. :
------------------------------------------------------- X
In re:                                                  :
                                                        :  Chapter 13
    Michael Plumhoff,               :
                                                        :  Case No. 13-41529 (CEC)
        Debtor. :
------------------------------------------------------- X
In re:                                                  :
                                                        :  Chapter 13
    Elizabeth Hoke,                 :
                                                        :  Case No. 13-41606 (CEC)
        Debtor. :
------------------------------------------------------- X
In re:                                                  :
                                                        :  Chapter 13
    Carolyn V. Henderson,           :
                                                        :  Case No. 13-41558 (CEC)
        Debtor. :
------------------------------------------------------- X
In re:                                                  :
                                                        :  Chapter 13
    Roberto Alcala,                 :
                                                        :  Case No. 13-41681 (CEC)
        Debtor. :
------------------------------------------------------- X

```
------------------------------------------------------ X
In re:                                                 :
                                                       :   Chapter 13
      Robert Allen,                                    :
                                                       :   Case No. 13-41684 (CEC)
                              Debtor.                  :
------------------------------------------------------ X
                                                       :
In re:                                                 :
                                                       :   Chapter 13
      Charles Struckel,                                :
                                                       :   Case No. 13-41715 (CEC)
                              Debtor.                  :
------------------------------------------------------ X
                                                       :
In re:                                                 :
                                                       :   Chapter 13
      Carlos Hartsfield,                               :
                                                       :   Case No. 13-41797 (CEC)
                              Debtor.                  :
------------------------------------------------------ X
In re:                                                 :
                                                       :   Chapter 13
      Jacqueline Snipes,                               :
                                                       :   Case No. 13-41846 (CEC)
                              Debtor.                  :
------------------------------------------------------ X
In re:                                                 :
                                                       :   Chapter 13
      Anna Wheeler,                                    :
                                                       :   Case No. 13-41924 (CEC)
                              Debtor.                  :
------------------------------------------------------ X
In re:                                                 :
                                                       :   Chapter 13
      Jerry Chase,                                     :
                                                       :   Case No. 13-41926 (CEC)
                              Debtor.                  :
------------------------------------------------------ X
In re:                                                 :
                                                       :   Chapter 13
      Joseph Strong,                                   :
                                                       :   Case No. 13-41928 (CEC)
                              Debtor.                  :
------------------------------------------------------ X
```

|  |  |  |
|---|---|---|
| ------------------------------------------------------- X | | |
| In re: | : | Chapter 13 |
| | : | |
| Sharon Brantley, | : | Case No. 13-41929 (CEC) |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------- X | | |
| In re: | : | |
| | : | Chapter 13 |
| Michael Riley, | : | |
| | : | Case No. 13-41930 (CEC) |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------- X | | |
| In re: | : | |
| | : | Chapter 13 |
| Diane Bridges, | : | |
| | : | Case No. 13-41931 (CEC) |
| Debtor. | : | |
| ------------------------------------------------------- X | | |
| In re: | : | |
| | : | Chapter 13 |
| Rodolfo Guerrero, | : | |
| | : | Case No. 13-41960 (CEC) |
| Debtor. | : | |
| ------------------------------------------------------- X | | |
| In re: | : | |
| | : | Chapter 13 |
| Bradley Adams, | : | |
| | : | Case No. 13-41989 (CEC) |
| Debtor. | : | |
| ------------------------------------------------------- X | | |

### NOTICE OF PROPOSED STIPULATION AND ORDER
### APPROVING SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York, on **August 23, 2016, at 3:00 p.m.** or as soon thereafter as counsel can be heard, to consider approval of a stipulation between the United States Trustee and Alan Shuchatowitz dated July 28, 2016 (the

"Settlement Agreement"), a copy of which is annexed as Exhibit 1. The Settlement Agreement is intended to resolve all pending issues raised by the United States Trustee in its Motion seeking, among other things, the imposition of sanctions against Shuchatowitz under Bankruptcy Code Section 105 and Federal Rule of Bankruptcy Procedure 9011, and the return of excessive fees under Bankruptcy Code Section 329(b) (the "Sanctions Motion").

PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court and served on the United States Trustee at 201 Varick Street, Suite 1006, New York NY 10014 to the attention of Marylou Martin, Esq. at least three (3) days prior to the hearing.

Dated: New York, New York
       August 1, 2016

>                        WILLIAM K. HARRINGTON
>                        UNITED STATES TRUSTEE, REGION 2
>
> By:    */s/ Marylou Martin*
>        Marylou Martin
>        Trial Attorney
>        201 Varick Street, Suite 1006
>        New York, New York 10014
>        212-510-0500